UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **DAZZMON D. SLEDGE** | **CIVIL ACTION NO. 24-0524** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE EDWARDS** |
| **RAYVILLE POLICE DEPT., ET AL.** | **MAG. JUDGE MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered (R. Doc. 4), together with the written objections thereto filed with this Court by the plaintiff Dazzmon D. Sledge (R. Doc. 13), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that—excepting Plaintiff Dazzmon D. Sledge's unlawful stop and false arrest claims against Officer Jeff Fields—Plaintiff's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

ALEXANDRIA, LOUISIANA, this 28th day of October, 2024.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE